```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DEMOS P. DEMOPOULOS et al.,                                :
                                                           :
                              Plaintiffs,                  :
                                                           :       21-cv-7923 (VSB)
              -against-                                    :
                                                           :           ORDER
ROLLIN DAIRY CORP.,                                        :
                                                           :
                              Defendant.                   :
                                                           :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on September 22, 2021, (Doc. 1), and filed an affidavit of service on October 19, 2021 (Doc. 6).  The deadline for Defendant to respond to Plaintiffs' complaint was November 4, 2021.  (*See* Doc. 6.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 1, 2021.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 17, 2021
             New York, New York

                                                                                  _____
                                                                         VERNON S. BRODERICK
                                                                         United States District Judge