# FRIEDMAN & ANSPACH

Attorneys at Law
1500 Broadway
New York, New York 10036
(212) 354-4500

EUGENE S. FRIEDMAN
WILLIAM ANSPACH
ANUSHA RASALINGAM
JAE W. CHUN
────────────
ERIN McGEE
DANIEL TREIMAN
LEO GERTNER*

*ADMITTED IN PA AND D.C. ONLY

FAX: (212) 719-9072
www.friedmananspach.com

November 29, 2021

**<u>Via ECF</u>**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.  11/30/2021

Re:   Demopoulos et al v. Rollin Dairy Corp.,
      1:21-cv-07923 (VSB)

Dear Judge Vernon S. Broderick:

      I represent the Plaintiffs in the above-referenced action and write to request an extension of time for the filing of an Order to Show Cause for a Default Judgment. I have not previously requested any extensions of time in this action.

      In your Order of November 17, 2021 (ECF Doc. No. 7), you had directed the Plaintiffs, if they intend to seek a Default Judgment, to do so "by no later than December 1, 2021." I have filed a Request for a Clerk's Certificate of Default and a Proposed Clerk's Certificate of Default, and I intend to file an Order to Show Cause pursuant to your Individual Rules.

      However, because I do not know when the Clerk will issue the Certificate of Default, I request an extension of one week, until December 8, 2021 — or until two business days after the Clerk has issued a Certificate of Default, whichever comes later — for the filing of an Order to Show Cause.

      Thank you for your consideration.

Respectfully submitted,

/s/ _____
Daniel Treiman