UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                               :

DEMOS P. DEMOPOULOS, et al.,         :

                     Plaintiffs,     :

           - against -             :          21-cv-7923 (VSB)

                                         :           **ORDER**

ROLLIN DAIRY CORP.,                :

                     Defendant.   :

-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 9, 2021, I ordered that a hearing on Plaintiffs' order to show cause for default judgment would be held at the United States Courthouse, Courtroom 518, 40 Foley Street, New York, New York 10007, on February 10, 2022 at 3:00 pm.  (Doc. 20.)  It is hereby

ORDERED that the conference will instead be held via telephone, using the dial-in 888-363-4749 and the access code 2682448, on February 16, 2022 at 3:00 pm.

Plaintiffs are directed to serve this order on Defendant via hand delivery at, and first-class mail to, 24 Barkers Lane, Huntington Station, NY 11746, or by email if an email address for Defendant is known, and file an affidavit of such service on or before February 14, 2022.

SO ORDERED.

Dated:     February 9, 2022
             New York, New York

                                                 Vernon S. Broderick
                                               United States District Judge