UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                      :
DEMOS P. DEMOPOULOS, et al.,              :
                         Plaintiffs,    :
                                                       :
                - against -                   :             21-cv-7923 (VSB)
                                                       :
                                                       :                  **ORDER**
ROLLIN DAIRY CORP.,                        :
                                                       :
                        Defendant.     :
                                                       :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Today, I held a conference in this case. In accordance with my comments made during the conference, on or before February 25, 2022, Plaintiffs are directed to submit a letter explaining, with legal authority, why an inquest into damages would be unnecessary in this case. Plaintiffs shall also provide, as exhibits, any available documentation supporting the calculation of each element of damages, and in particular, any documentation supporting Plaintiffs' calculation of the present value of Defendant's withdrawal liability.

        Plaintiffs are directed to serve this order on Defendant via first-class mail to 24 Barkers Lane, Huntington Station, NY 11746, or by any alternative method previously approved by the Court in this case, and to file an affidavit of such service on or before February 24, 2022.

SO ORDERED.

Dated:       February 16, 2022
                New York, New York

                                                                Vernon S. Broderick
                                                                United States District Judge