UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEMOS P. DEMOPOULOS, et al.,

                Plaintiffs,              **ORDER**

      -against-                           21-CV-7923 (VSB) (JW)

ROLLIN DAIRY CORP.,

                Defendant.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Honorable Vernon S. Broderick referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendant Rollin Dairy Corp.

      Accordingly, IT IS HEREBY ORDERED that, on or before **Thursday, April 28, 2022**, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiff must serve these documents on Shaker Contractor Corp., and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **Thursday, May 19, 2022**, the defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

      The plaintiff shall serve the defendants with a copy of this order and file proof of such service with the Clerk of Court.

      SO ORDERED.

Dated: March 28, 2022                                 *Jennifer E. Willis*
      New York, New York                      JENNIFER E. WILLIS
                                                  United States Magistrate Judge