UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEMOS P. DEMOPOULOS, et al.,

                Plaintiffs,                  **ORDER**

        -against-                           21-CV-7923 (VSB) (JW)

ROLLIN DAIRY CORP.,

                Defendant.
-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      This Order corrects the Order at Docket Number 36. The Honorable Vernon S. Broderick referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendant Rollin Dairy Corp.

      Accordingly, IT IS HEREBY ORDERED that, on or before **Thursday, April 28, 2022**, the plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiffs must serve these documents on Rollin Dairy Corp., and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **Thursday, May 19, 2022**, the defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

      The plaintiffs shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

      SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge