UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEMOS P. DEMOPOULOS et al..,

                      Plaintiff,                  21 **CIVIL** 7923 (DLC)

        -against-                      **JUDGMENT**

ROLLIN DAIRY CORP.,

                     Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 2, 2023, the Court adopts the Report & Recommendation with the modifications. The Clerk of Court shall enter judgment against the defendant in the amount o f $4,467,063.96, which consists of: $2,631,595 in withdrawal liability; $908,223.93 in interest; $908,223.93 in additional statutory damages; and $19,021.10 in attorneys' fees and costs; accordingly, the case is closed.

**Dated:**  New York, New York
        March 3, 2023

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                       **BY:**

                                                  **Deputy Clerk**